■ ZOLTAN I. KOPPEL, Respondent, v RICHARD S. SMITH, Appellant.—Appeal unanimously dismissed without costs *(see, Dolin v Passero-Scardetta Assocs.,* 110 AD2d 1051). (Appeal from order of Supreme Court, Herkimer County, Bergin, J.—summary judgment.) Present—Denman, J. P., Boomer, Pine and Davis, JJ.

■ L.T.B. CONSTR. CO., INC., Respondent, v PORT OF OSWEGO AUTH., Appellant.—Motion granted and automatic stay vacated. Memorandum: The respondent has not raised the issue whether the filing of the notice of appeal by appellant, a public authority, automatically stayed the trial *(see, Matter of Gordon v Town of Esopus,* 107 AD2d 114); hence we do not address that issue. Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ LIFE ALLAH, Appellant, v STATE OF NEW YORK, Respondent.—Motion for poor person relief and assignment of counsel denied. Memorandum: Defendant has failed to provide the court with a copy of the order appealed from and a copy of the notice of appeal and has failed to submit facts from which the merits of the appeal can be ascertained *(see,* CPLR 1101 [a]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ DON GAYDEN, Respondent, v CITY OF ROCHESTER et al., Appellants.—Motion for an extension of time and for other relief denied. Memorandum: Respondent may not unilaterally withdraw his stipulation to the record on appeal. The proper practice is to move to vacate the stipulation and settle the record. The motion to stay the argument of the appeal is denied and the case will remain on the calendar for argument on the January Term unless by January 5, 1989 respondent has obtained an order from the trial court vacating the stipulation and settling the record. Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ. (Order entered Dec. 15, 1988.)